UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------x
UNITED STATES OF AMERICA,

               Plaintiff,

-against-

SIDIKI WEAY,

               Defendant.
-----------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 16 2012 ★

BROOKLYN OFFICE

MEMORANDUM AND ORDER
97 CR 413-03 (ILG)

GLASSER, United States District Judge:

On August 3, 2005, the defendant, *pro se*, moved this Court for an Order that would direct the withdrawal of a detainer/warrant and dismiss the pending charges that he violated the terms of his supervised release. In a Memorandum and Order (M&O) dated September 6, 2005, his motion was denied. Familiarity with that M&O is assumed. Docket No. 152.

A letter dated May 9, 2012 was filed on May 11, 2012, in which the defendant, still *pro se*, seeks the precisely same relief. For the reasons stated in the above referenced M&O, his letter regarded as a motion, is again denied.

SO ORDERED.

Dated:    Brooklyn, New York
          May 15, 2012

                                          s/ILG

                                         I. Leo Glasser

Filed on ECF and copy mailed to:

Sidiki Weay
01 A 4547
Box 4000
Stormville, NY 12582